Certificate Number: 06531-NYS-DE-038258681

Bankruptcy Case Number: 23-11436



06531-NYS-DE-038258681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2024, at 10:38 o'clock PM CST, Contona L Jones completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: March 7, 2024

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Certified Credit Counselor