UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re;

Contona Jones

Case No. 23-11436

Chapter 13

Debtor

SSN xxx-xx-5813

-----------------------------------------------------------------x

**ORDER CONFIRMING CHAPTER 13 PLAN**

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

      The Debtor's plan was filed on August 31, 2023 and was modified on November 8, 2023. The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015- 1(c) and 3015-2; the Court finds that the Plan meets the requirements of 11 U.S.C. § 1325;

**IT IS ORDERED THAT:** Pursuant to the record created at the confirmation hearing held on March 7, 2023, the Plan dated November 8, 2023 (Dkt. No. 14) is amended to correct a typographical error to properly read that the number of months for the payment amount of $1500.00 is 16 months.

The Plan is hereby **CONFIRMED**.



**Dated: March 27, 2024**
**New York, New York**

**/s/ Philip Bentley**
_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**